IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| THURMAN HARVEY HINES, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) Case No. CIV-15-901-R |
| ROBERT PATTON, et al., | ) |
| Defendants. | ) |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Shon T. Erwin entered November 8, 2016. Doc. No. 86. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED in its entirety Plaintiff's Motion for Injunctive Relief for Temporary Restraining Order and/or Order to Show Cause for Preliminary Hearing [Doc. No. 72] is DENIED.

IT IS SO ORDERED this 30th day of November, 2016.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE