IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| THOMAS HARVEY HINES, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) Case No. CIV-15-901-R |
| JOE M. ALLBAUGH, *et al.*, | ) |
| Defendants. | ) |

## ORDER

Before the Court is the Report and Recommendation of U.S. Magistrate Judge Shon T. Erwin (Doc. 139) recommending denial of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (Doc. 120). Plaintiff filed a timely objection (Doc. 140). The Court already denied this exact motion, filed in Plaintiff's other lawsuit, on February 7, 2018. *See Hines v. Allbaugh, et al.*, No. 17-642, Doc. 67 (order denying Motion for Temporary Restraining Order and Preliminary Injunction, Doc. 23).[1] Accordingly, for the reasons set forth in *Hines*, No. 17-642, Doc. 67, the Report (Doc. 139) is ADOPTED to the extent consistent with this order, and Plaintiff's Motion (Doc. 120) is DENIED.

IT IS SO ORDERED this 2nd day of April, 2018.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff is instructed to file motions in the correct case, as the parties he requests relief from are no longer parties to this case and the proposed relief is wholly unrelated to his remaining claims. *Compare* Doc. 120 (seeking injunctive relief against Joe Allbaugh, James Yates, Shawna Baily, Will Barney, Antwon Berry, and "Ma ? Martinez."), *with* Doc. 113 (dismissing claims against all parties, except for Defendants Hill, Estraca, and Morris in their individual capacities). *See Little v. Jones*, 607 F.3d 1245, 1251 (10th Cir. 2010) ("[T]he movant must establish 'a relationship between the injury claimed in the party's motion and the conduct asserted in the complaint.'") (quoting *Devose v. Herrington,* 42 F.3d 470, 471 (8th Cir.1994)).