# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| THURMAN HARVEY HINES, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CIV-15-901-R |
| JOE ALLBAUGH, et al., | ) |
| Defendants. | ) |

## ORDER

On August 21, 2018, Magistrate Judge Shon T. Erwin issued a Report and Recommendation (Doc. No. 180) wherein he recommended that Plaintiff's motions for default judgment be denied. The record reflects that Plaintiff has not objected to the Report and Recommendation nor has he sought an extension of time in which to respond. Accordingly, the Report and Recommendation is hereby ADOPTED and the Motions for Default Judgment (Doc. Nos. 172, 174, and 177) are DENIED.

**IT IS SO ORDERED** this 20th day of September 2018.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE